# IN THE DISTRICT COURT OF MCCLAIN COUNTY
# STATE OF OKLAHOMA

NATHAN BROWN,

          Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

          Defendant.

Case No: CJ-24-62

**JURY TRIAL DEMANDED**

OKLAHOMA INSURANCE DEPARTMENT RECEIVED AUG 23 2024 LEGAL DIVISION

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**   ENCOMPASS INSURANCE COMPANY OF AMERICA
c/o Glen Mulready, Oklahoma Insurance Commissioner
400 N.E. 50th Street
Oklahoma City, OK 73105

You have been sued by the above-named Plaintiff(s), and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Petition, you are directed to answer the Interrogatories and produce the documents requested within thirty (30) days after service of these Interrogatories and Request for Production of Documents. The thirty (30) day response period shall not commence until an Answer to the Petition is filed.

Issued this 14th day of March, 2024.

Kristel Gray, COURT CLERK

By: _Karen Weltner_

ATTORNEYS FOR PLAINTIFF(S):
Adam Engel, OBA #32384
Jonathan Ortwein, OBA #32092
MANSELL & ENGEL
204 North Robinson, 21st Floor
Oklahoma City, Oklahoma 73102
T: (405) 232-4100 ** F: (405) 232-4140
Firm Email:   aengel@meclaw.net
                   jortwein@meclaw.net

This Summons was served on _____
                       *(date of service)*

_____
*(signature of person serving summons)*

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**