**IN THE DISTRICT COURT OF MCCLAIN COUNTY**
**STATE OF OKLAHOMA**



FILED IN DISTRICT COURT
McClain County, Oklahoma
MAR 1 4 2024
Kristel Gray, Court Clerk
by _____, Deputy

| | |
|---|---|
| NATHAN BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No: CJ-24-62<br><br>**JURY TRIAL DEMANDED** |

### ENTRY OF APPEARANCE

Jonathan R. Ortwein, of the firm of Mansell & Engel, hereby enters his appearance on behalf of Plaintiff, Nathan Brown.

                MANSELL & ENGEL

            By: _/s/ Jonathan R. Ortwein_
                Adam Engel, OBA #32384
                Jordyn Cartmell, OBA #31043
                Jonathan R. Ortwein, OBA #32092
                204 North Robinson, 21st Floor
                Oklahoma City, OK 73102-7201
                T: (405) 232-4100 ** F: (405) 232-4140
                E-mail: aengel@meclaw.net
                      jcartmell@meclaw.net
                      jortwein@meclaw.net