OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>MCCLAIN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| BROWN, NATHAN VS. ENCOMPASS INSURANCE CO OF AMERICA | No. CJ-2024-00062<br>(Civil relief more than $10,000: CIVIL ACTION $10,000 OR MORE)<br><br>Filed: 03/14/2024<br><br>Judge: EDWARDS, LEAH, JUDGE |

## PARTIES

BROWN, NATHAN, Plaintiff
ENCOMPASS INSURANCE CO OF AMERICA, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|

## EVENTS

None

## ISSUES

1. CIVIL ACTION $10,000 OR MORE

## DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 03/14/2024 | [ TEXT ] | | # 1 | $ 163.00 |
| | | FILE & ENTER PETITION<br>Document Available (#1065509926) 🗎TIFF  📄PDF | | |
| | | (Entry with fee only) | # 1 | $ 6.00 |
| | | (Entry with fee only) | # 1 | $ 7.00 |

| Description | | |
|---|---|---|
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | #1 | $ 25.00 |
| LENGTHY TRIAL FUND | #1 | $ 10.00 |
| OK COURT APPOINTED SPECIAL ADVOCATES | #1 | $ 5.00 |
| 10% OF CASA TO COURT CLERK REVOLVING FUND | #1 | $ 0.50 |
| OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | #1 | $ 1.55 |
| 10% OF COJC TO COURT CLERK REVOLVING FUND | #1 | $ 0.16 |
| STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | #1 | $ 0.45 |
| COURTHOUSE SECURITY FEE | #1 | $ 10.00 |
| 10% OF CHSC TO COURT CLERK REVOLVING FUND | #1 | $ 1.00 |
| 15% TO DISTRICT COURT REVOLVING FUND | #1 | $ 2.48 |
| COURT CLERK PRESERVATION FUND | #1 | $ 10.00 |

03/14/2024   [ TEXT ]   $ 10.00

ISSUE SUMMONS

Document Available (#1065509469) 🗎TIFF   📄PDF

03/14/2024   [ TEXT ]

ENTRY OF APPEARANCE

Document Available (#1065509927) 🗎TIFF   📄PDF