**CT Corporation**
Service of Process Notification
08/26/2024
CT Log Number 547178447

## Service of Process Transmittal Summary

**TO:** Taylor Rowe
NATIONAL GENERAL INSURANCE
5630 UNIVERSITY PKWY
WINSTON SALEM, NC 27105-1312

**RE:** **Process Served in Oklahoma**

**FOR:** Encompass Insurance Company of America  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NATHAN BROWN vs. ENCOMPASS INSURANCE COMPANY OF AMERICA |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Entry, Petition |
| **COURT/AGENCY:** | McClain County District Court, OK<br>Case # CJ2462 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Oklahoma City, OK |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 08/26/2024 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this Summons upon you, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Jonathan R. Ortwein<br>Mansell & Engel<br>204 North Robinson, 21st Floor<br>Oklahoma City, OK 73102<br>405-232-4100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/26/2024, Expected Purge Date: 08/31/2024<br><br>Image SOP<br><br>Email Notification,  Taylor Rowe  taylor.rowe@ngic.com<br><br>Email Notification,  Mark A. Williams  marka.williams@ngic.com<br><br>Email Notification,  Raydonna Floyd-Thigpen  raydonna.floyd-thigpen@ngic.com<br><br>Email Notification,  Jill Wilmoth  jill.wilmoth@ngic.com<br><br>Email Notification,  Vicky Page  vicky.page@ngic.com<br><br>Email Notification,  Tia Johnson  tia.johnson@ngic.com<br><br>Email Notification,  Lisa Whitmore  lisa.whitmore@ngic.com<br><br>Email Notification,  Ashlyn Love  ashlyn.love@ngic.com |



**CT Corporation**
**Service of Process Notification**
08/26/2024
CT Log Number 547178447

| | |
|---|---|
| | Email Notification, Gina Abate  gina.abate@ngic.com |
| | Email Notification, Callie Gifford  callie.gifford@ngic.com |
| | Email Notification, Dominique Scott  dominiques.scott@ngic.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | Documents were served upon the Oklahoma Department of Insurance on 08/23/2024 and forwarded to CT Corporation. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



**OKLAHO**
**INSURAI**
**DEPARTM**

Legal Division
Insurance Commission
400 NE 50th St.
Oklahoma City, OK 73105

9589 0710 5270 2178 8073 41



quadient
FIRST-CLASS MAIL
IMI
**$010.72** ⁰
08/23/2024 ZIP 73105
043M31257515

US POSTAGE

The Corporation Company
1833 South Morgan Road
Oklahoma City, OK 73128



**OKLAHOMA INSURANCE DEPARTMENT**

Insurance Commissioner, Glen Mulready

400 NE 50th Street   405.521.2746   405.522.0125     Legal Division
Oklahoma City, OK 73105   oid.ok.gov

August 23, 2024

ENCOMPASS INSURANCE COMPANY OF AMERICA
3100 SANDERS RD STE 201
NORTHBROOK, IL 60062-7154

RE: Nathan Brown v. ENCOMPASS INSURANCE COMPANY OF AMERICA, CJ-24-62, McClain County, State of Oklahoma

Dear Sir or Madam:

Enclosed is a copy of the above-captioned summons served on the Insurance Commissioner as designated agent for service of process of foreign or alien insurers doing business in the State of Oklahoma (36 O.S. § 621).

Sincerely,

Maria Torres
Legal Department

Enclosure

cc:
THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY, OK 73128