## IN THE DISTRICT COURT OF MCCLAIN COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CJ-2024-62 |
| | ) Judge Edwards |
| ENCOMPASS INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §1446(c), Defendant Encompass Insurance Company of America filed its Notice and Petition for Removal, a copy of which is attached to this Notice, as *Exhibit 1*, of the above-styled action to the United States Court for the Western District of Oklahoma. The State Court shall proceed no further.

Respectfully submitted,

_____
Naureen Hubbard, OBA #20604
Jasper V. Abbott, OBA #30001
**DEWBERRY & HUBBARD, PLC**
24 West Park Place
Oklahoma City, Oklahoma 73103
(405) 601-9400 Office
(405) 601-9444 Facsimile
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above foregoing document was mailed with proper postage thereon on this 16th day of September 2016, to the offices of:

Jonathan R. Ortwein
MANSELL & ENGEL
204 North Robinson, 21st Floor
Oklahoma City, OK 73102
T: (405) 232-4111
F: (405) 232-4140
jortwein@meclaw.net

      *Attorney for Plaintiff*

_____
JASPER ABBOTT

2