IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) McClain County District Court |
| ENCOMPASS INSURANCE COMPANY | ) Case No.: CJ-2024-62 |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: <u>Defendant, Encompass Insurance Company of America.</u>

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Date: September 16, 2024.

                    Respectfully submitted,

                    *s/Jasper Abbott*
                    Naureen Hubbard, OBA #20604
                    Jasper V. Abbott, OBA #30001
                    **DEWBERRY & HUBBARD, PLC**
                    24 West Park Place
                    Oklahoma City, Oklahoma 73103
                    (405) 601-9400 Office
                    (405) 601-9444 Facsimile
                    naureen@dewberryhubbard.com
                    jasper@dewberryhubbard.com

                    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jonathan R. Ortwein
MANSELL & ENGEL
204 North Robinson, 21st Floor
Oklahoma City, OK 73102
T: (405) 232-4111
F: (405) 232-4140
jortwein@meclaw.net

*Attorney for Plaintiff*

                    s/*Jasper Abbott*
                    JASPER ABBOTT