### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: CIV-24-959-SLP |
| v. | ) Judge Scott Palk |
| | ) |
| ENCOMPASS INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO CONTINUE SCHEDULING DEADLINES AND ENTER PROPOSED SCHEDULING ORDER

The Parties hereby move this Court to continue **all** Scheduling Deadlines and enter the attached Proposed Amended Scheduling Order. In support of this Motion, the parties show this Court as follows:

1. This Court entered a Scheduling Order on October 28, 2024.

2. This matter is set on the trial docket for August 2025.

3. At the time of this filing, there are several Scheduling Order Deadlines quickly approaching, namely the mediation deadline that is set for March 3, 2025, for which additional discovery is needed.

4. Counsel are in agreement that the current deadlines should be continued to allow for full and complete discovery.

5. All parties agree with this Motion.

6.   In light of these factors, additional time is necessary to complete discovery, including party, witness and expert deposition. The parties agree that a ninety (90) day continuance of **all** deadlines set by the current Scheduling Order is warranted.

7.   An agreed Amended Scheduling Order is attached to this Joint Motion for the Court's review and approval.

8.   WHEREFORE, the parties respectfully move this Court to enter an Order continuing the Scheduling Order Deadlines as proposed in the attached Amended Scheduling Order.[1]

Respectfully submitted,

/s/ Jasper V. Abbott                        .
Naureen Hubbard, OBA#20604
Jasper V. Abbott, OBA #30001
Dewberry & Hubbard, PLC
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com
*Attorneys for Defendant*

 /s/ Jonathan R. Ortwein              
Jonathan R. Ortwein, OBA #19491
204 North Robinson, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
jortwein@meclaw.net
*Attorneys for Plaintiff*

---

[1] The trial date is left blank to allow the Court to place this matter on the appropriate trial docket.

2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATHAN BROWN, | ) | |
|           Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-24-959-SLP |
| | ) | |
| ENCOMPASS INSURANCE COMPANY OF AMERICA, | ) | August, 2025 **TRIAL DOCKET** |
|           Defendant. | ) | |

## **AMENDED SCHEDULING ORDER**

     Before this is the Parties' Motion to Extend Deadlines. For good cause shown, the Motion is hereby GRANTED. The Deadlines in this matter are HEREBY reset to the corresponding dates outlined below:

Jury Trial Demanded    X                        Non-Jury Trial                     

## **THE FOLLOWING DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed Within 30 days of this Order.

2. Motions to amend pleadings to be filed within 30 days of this Order.

3. (a) Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by  7-30-25  .*

   (b) Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff by  14 days thereafter  .*

4. (a) Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by  7-30-25  .*

   (b) Defendant to file a final list of witnesses (as described above) 14 days thereafter.*

5. (a) Plaintiff to file a final exhibit list by:  7-30-25  .* Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by  14 days thereafter  .

   (b) Defendant to file a final exhibit list by  8-20-25 .* Plaintiff to file objections to Defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by  14 days thereafter .

   **\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. Discovery to be completed by  9-29-25  .

7. All dispositive and *Daubert* motions to be filed by  8-31-25  .
   If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket  _____ **\*\***
   **\*\*Trial dockets generally begin the second TUESDAY of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**
   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by  9-29-25  . Objections and counter-designations to be filed by  10-6-25  . **\*\*\*\*Parties objecting to use of deposition testimony must submit with their objections, the relevant portions of the deposition transcript with specific testimony highlighted.\*\*\*\***

10. Motions in limine to be filed by 9-29-25
    ****Unless leave of Court to file separate motions in limine is granted, all motions in limine shall be consolidated into a single filing, which shall be subject to the page limitation in LCvR 7.1(d).*****

11. Requested voir dire to be filed by 9-29-25.

12. Trial briefs (optional unless otherwise ordered) to be filed by 9-29-25.

13. Requested jury instructions to be filed on or before 9-29-25.***

14. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than _____.***

    ***In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: palk-orders@okwd.uscourts.gov

15. Any objection or responses to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within seven (7) days thereafter. Replies, if warranted, to be filed within three (3) days.

16. Proposed final pretrial report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by 7-1-25.

17. This case is referred to the following Court-sponsored ADR/settlement process or special trial track:

    X   by agreement of the parties, with the approval of the Court:
    ___ by Order of the Court:

        X   Mediation
        ___ Judicial Settlement Conference
        ___ Other _____

    If the case is referred to mediation or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than 6-1-25.

18. ___ The parties consent to trial by a Magistrate Judge.

19. Initial disclosure pursuant to Fed. R. Civ. P. 26 has been made ____; is excused ____; or shall be made no later than ____.

20. Other:

DATED this ____ day of _____, 2025.

BY ORDER OF THE COURT
JOAN KANE, CLERK

By   s/ _____