IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NATHAN BROWN )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-24-959-SLP
)
ENCOMPASS INSURANCE COMPANY )
OF AMERICA )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, NATHAN BROWN.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Chad E. Ihrig, OBA#19491     02/20/2025
Signature                        Date

Chad E. Ihrig, OBA#19491
Print Name

Mansell & Engel
Firm

Criminal Cases Only:

☐ Retained or USA

204 North Robinson, 21st Floor
Address

☐ CJA Appointment

Oklahoma City, OK 73102-6891
City            State           Zip Code

☐ Federal Public Defender

405-232-4100
Telephone

☐ Pro Bono

☐ CJA Training Panel

cihrig@meclaw.net
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on February 20, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Chad E. Ihrig, OBA#19491
s/ Attorney Name