IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-959-SLP |
| | ) |
| ENCOMPASS INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the parties' Joint Motion to Continue Scheduling Order Deadlines and Enter Proposed Scheduling Order [Doc. No. 9]. The parties seek a 90-day extension of the remaining deadlines set forth in the Court's Scheduling Order [Doc. No. 6] due to a "quickly approaching" mediation deadline and "to allow for full and complete discovery" Mot. ¶¶ 3-4. The Court admonishes the parties for failing to identify "the *specific* efforts undertaken . . . to move the case forward" since the Scheduling Order was entered approximately four months ago. *Chambers Rules for Judge Scott L. Palk, Guidelines for Requesting Extensions of Scheduling Order Deadlines* (emphasis added).[1] Any future requests for extensions of deadlines must comply with this Court's Chambers Rules.

Nonetheless, in light of the joint nature of the Motion and the fact that this is the

---

[1] Available at http://www.okwd.uscourts.gov/rules-procedures/chambers-rules/.

first extension requested, the Court GRANTS the requested relief, except that any deadlines that have expired prior to submission of the Joint Motion are not extended.[2]  The Clerk of Court is directed to enter an amended scheduling order consistent with the terms of this Order.[3]

    IT IS SO ORDERED this 20th day of February, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[2] The parties have not made any showing to justify the extension of the expired deadlines. Those deadlines include motions to join additional parties and motions to amend pleadings. *See* Scheduling Order [Doc. No. 6], ¶¶ 1 and 2.

[3] To the extent the parties' proposed dates differ from the Court's standard dates commensurate with a November 2025 trial docket, the Court's standard dates will be used.