# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA<br>　　　　　　　Defendant. | Case No:　CIV-24-959-SLP |

## NOTICE OF SUBPOENA DUCES TECUM

TO:　Naureen Hubbard
　　　Jasper V. Abbott
　　　Dewberry & Hubbard, PLC
　　　24 West Park Place
　　　Oklahoma City, OK 73103
　　　naureen@dewberryhubbard.com
　　　jasper@dewberryhubbard.com

Please take notice that, pursuant to Fed. R. Civ. P. 45, the Subpoena Duces Tecum attached as Exhibit 1 will be served on Hancock Claims Consultants to produce documents on March 19, 2025, at 11:00 a.m. at the offices of Mansell Engel & Cole, 204 North Robinson, 21st Floor, Oklahoma City, OK 73102.

Dated this 26th day of February 2025.

　　　　　　　　　　　　　　　　**MANSELL & ENGEL**

　　　　　　　　　　　By:　*/s/ Chad E. Ihrig*
　　　　　　　　　　　　　　Chad E. Ihrig, OBA#19491
　　　　　　　　　　　　　　204 North Robinson, 21st Floor
　　　　　　　　　　　　　　Oklahoma City, OK 73102-6891
　　　　　　　　　　　　　　T: (405) 232-4100 ** F: (405) 232-4140
　　　　　　　　　　　　　　E-mail: cihrig@meclaw.net

　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court on February 26, 2025, thereby executing service upon all counsel of record by operation of the Court's electronic filing system.

Naureen Hubbard
Jasper V. Abbott
Dewberry & Hubbard, PLC
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com

                                                    */s/ Chad E. Ihrig*