## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No: CIV-24-959-SLP |

### PLAINTIFF'S NOTICE FOR VIDEO DEPOSITION OF ANTHONY PERALTA

All parties are hereby noticed, pursuant to Fed R. Civ. Proc. 30 and agreement between the parties, that Plaintiff will take the deposition of Anthony Peralta at 9:30 a.m. (central time) on March 27, 2025, at the law office of Mansell and Engel, P.C., 204 N. Robinson, 21st Floor, Oklahoma City, OK 73102, and such testimony may serve as evidence during the trial of this case. Such deposition shall be recorded by an officer authorized by law to administer oaths, via stenographic and videographic means, and will continue from day to day until completed. Defendant's counsel is invited to attend and cross-examine.

            Respectfully submitted,

            s/ *[signature]*
            Chad E. Ihrig, OBA #19491
            **MANSELL & ENGEL, P.C.**
            204 North Robinson Avenue, Suite 2100
            Oklahoma City, OK 73102-7201
            T: (405) 232-4100 ** F: (405) 232-4140
            Email: cihrig@meclaw.net

            **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2025, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following registered participants of the Electronic Case Filing System:

                        Naureen Hubbard
                        Jasper V. Abbot

                        s/ *[signature]*