### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN<br><br>                       Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE<br>COMPANY OF AMERICA<br>                       Defendant. | Case No:   CIV-24-959-SLP |

### NOTICE OF SUBPOENA DUCES TECUM

TO:    Naureen Hubbard
         Jasper V. Abbott
         Dewberry & Hubbard, PLC
         24 West Park Place
         Oklahoma City, OK 73103
         naureen@dewberryhubbard.com
         jasper@dewberryhubbard.com

Please take notice that, pursuant to Fed. R. Civ. P. 45, the Subpoena Duces Tecum attached as **Exhibit 1** will be served on Hancock Claims Consultants to produce documents on **April 25, 2025, at 11:00 a.m.** at the offices of Mansell & Engel, 204 North Robinson, 21st Floor, Oklahoma City, OK 73102.

Dated this 11th day of April, 2025.

                                              **MANSELL & ENGEL**

                              By:    */s/ Chad E. Ihrig*
                                       Chad E. Ihrig, OBA#19491
                                       204 North Robinson, 21st Floor
                                       Oklahoma City, OK 73102-6891
                                       T: (405) 232-4100 ** F: (405) 232-4140
                                       E-mail: cihrig@meclaw.net

                                       **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court on April 10, 2025, thereby executing service upon all counsel of record by operation of the Court's electronic filing system.

Naureen Hubbard
Jasper V. Abbott
Dewberry & Hubbard, PLC
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com

/s/ Chad E. Ihrig