# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN<br><br>                     Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE<br>COMPANY OF AMERICA<br>                     Defendant. | Case No:   CIV-24-959-SLP |

## AMENDED NOTICE OF SUBPOENA DUCES TECUM

TO:    Naureen Hubbard
          Jasper V. Abbott
          Dewberry & Hubbard, PLC
          24 West Park Place
          Oklahoma City, OK 73103
          naureen@dewberryhubbard.com
          jasper@dewberryhubbard.com

Please take notice that, pursuant to Fed. R. Civ. P. 45, the Subpoena Duces Tecum attached as **Exhibit 1** will be served on Hancock Claims Consultants to produce documents on **April 25, 2025, at 11:00 a.m.** at the offices of Mansell & Engel, 204 North Robinson, 21st Floor, Oklahoma City, OK 73102.

Dated this 11th day of April, 2025.

                                                                         **MANSELL & ENGEL**

                                  By:    */s/ Chad E. Ihrig*
                                             Chad E. Ihrig, OBA#19491
                                           204 North Robinson, 21st Floor
                                           Oklahoma City, OK 73102-6891
                                           T: (405) 232-4100 ** F: (405) 232-4140
                                           E-mail: cihrig@meclaw.net

                                           **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court on April 11, 2025, thereby executing service upon all counsel of record by operation of the Court's electronic filing system.

Naureen Hubbard
Jasper V. Abbott
Dewberry & Hubbard, PLC
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com

*/s/ Chad E. Ihrig*