# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No: CIV-24-959-SLP |

## JOINT NOTICE OF MEDIATION STATUS

On February 20, 2025, this Court entered its Scheduling Order governing the above-captioned lawsuit. As part of the Court's Scheduling Order, the parties were referred to mediation by the Court and ordered to provide the Court with the status of the same by June 2, 2025. Pursuant to the Court's Scheduling Order, the parties attended private mediation on May 29, 2025. Unfortunately, the parties were unable to resolve this matter in private mediation, but are still diligently working toward a resolution of this case, while continuing to litigation the same.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/*Chad E. Ihrig*
　　　　　　　　　　　　　　　　　Chad E. Ihrig, OBA #19491
　　　　　　　　　　　　　　　　　**MANSELL & ENGEL, P.C.**
　　　　　　　　　　　　　　　　　204 North Robinson Avenue, Suite 2100
　　　　　　　　　　　　　　　　　Oklahoma City, OK 73102-7201
　　　　　　　　　　　　　　　　　T: (405) 232-4100 ** F: (405) 232-4140
　　　　　　　　　　　　　　　　　Email: cihrig@meclaw.net

　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF***

*-and-*

*s/ Jasper v. Abbott*
Naureen Hubbard, OBA#20604
Jasper V. Abbott, OBA #30001
Dewberry & Hubbard, PLC
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2025, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to all registered participants of the Electronic Case Filing System:

*s/Chad E. Ihrig*