IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. CIV-24-959-SLP |
| ENCOMPASS INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CORRECTED ORDER**[1]

Before the Court is the parties' Joint Motion to Extend Scheduling Order Deadlines [Doc. No. 21]. This is the parties' second request for an extension. The parties request a ninety-day extension of all remaining deadlines and a continuance to the February 2026 trial docket. Upon review, the Motion is GRANTED. The Clerk of Court is directed to enter a second amended scheduling order consistent with the terms of this Order.[2]

IT IS SO ORDERED this 3rd day of June, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] The Court directs the Clerk to strike its prior Order [Doc. No. 22] due to an inadvertent error identifying the incorrect Defendant in the style of the case.

[2] To the extent the parties' proposed dates differ from the Court's standard dates commensurate with a February 2026 trial docket, the Court's standard dates will be used.

Case 5:24-cv-00959-SLP     Document 23     Filed 06/03/25     Page 2 of 2