# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN BROWN,<br><br>                                  Plaintiff,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA,<br><br>                                 Defendant. | Case No: CIV-24-959-SLP |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, Nathan Brown, and Defendant, Encompass Insurance Company of America, by and through their undersigned counsel, hereby stipulate to the dismissal of this action and all claims asserted therein, WITH PREJUDICE, and that each party bears its own costs.

Respectfully submitted,

By:   */s/ Chad E. Ihrig*
        Chad E. Ihrig, OBA#19491
        **MANSELL & ENGEL**
        204 North Robinson, 21st Floor
        Oklahoma City, OK 73102-6891
        T: (405) 232-4100 ** F: (405) 232-4140
        E-mail:  cihrig@meclaw.net

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court on August 28, 2025, thereby executing service upon all counsel of record by operation of the Court's electronic filing system.

Naureen Hubbard
Jasper V. Abbott
Dewberry & Hubbard, PLC
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
naureen@dewberryhubbard.com
jasper@dewberryhubbard.com

                                                  */s/ Chad E. Ihrig*